**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-12567-DJB |
| Iris M. Ashley and Howard E. Ashley | : Chapter 13 |
| *Debtor* | : |
| | : |
| J.P. Morgan Chase Bank, NA as Successor by Merger to J.P. Morgan Mortgage Acquisition Corp. | : : : |
| *Movant* | : |
| vs. | : |
| Iris M. Ashley and Howard E. Ashley | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

**<u>OBJECTION TO CONFIRMATION OF THE PLAN</u>**

J.P. Morgan Chase Bank, NA as Successor by Merger to J.P. Morgan Mortgage Acquisition Corp. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtors, Iris M. Ashley and Howard E. Ashley, Sr. ("Debtor"), as follows:

1. As of the bankruptcy filing date of June 25, 2025, Movant holds a secured Claim against the Debtor's property located at 259 Highland Avenue, Wayne, PA 19087.

2. Movant is in the process of filing a Proof of Claim by the bar date, with an estimated secured claim in the amount of $260,572.78, and estimated pre-petition arrears in the amount of $25,458.75.

3. The Plan currently proposes payment to Movant in the amount of $20,747.54 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

      6.      Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible.  Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

      **WHEREFORE**, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan.

Respectfully submitted,

Dated: 07/10/2025

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-12567-DJB |
| Iris M. Ashley and Howard E. Ashley, Sr. | : Chapter 13 |
| *Debtor* | : |
| | : |
| J.P. Morgan Chase Bank, NA as Successor By Merger to J.P. Morgan Mortgage Acquisition Corp. | : |
| *Movant* | : |
| vs. | : |
| Iris M. Ashley and Howard E. Ashley, Sr. | : |
| *Debtor/Respondent* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

## CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

I, Danielle Boyle-Ebersole, Esquire, attorney for J.P. Morgan Chase Bank, NA as Successor by Merger to J.P. Morgan Mortgage Acquisition Corp. ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 07/10/2025:

Michael A. Cibik, Esquire
Via Electronic Filing
*Attorney for Debtor*

Kenneth E. West, Esquire
Via Electronic Filing
*Trustee*

Iris M. Ashley
Howard E. Ashley, Sr.
259 Highland Avenue
Wayne, PA 19087-4763
Via First Class Mail
*Debtor*

Date: 07/10/2025

Respectfully Submitted,

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com