# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-12567-DJB |
| Iris M. Ashley and Howard E. Ashley | : Chapter 13 |
| *Debtors* | : |
| | : |
| J.P. Morgan Chase Bank, NA as Successor by Merger to J.P. Morgan Mortgage Acquisition Corp. | : : : |
| *Movant* | : |
| vs. | : |
| Iris M. Ashley and Howard E. Ashley | : |
| *Debtors/Respondents* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

### PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF PLAN

TO THE CLERK:

Please mark the Objection to Confirmation of Plan, filed on July 10, 2025 as Doc. #16, as withdrawn without prejudice.

Respectfully submitted,

/s/Danielle Boyle-Ebersole
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 81747
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
dboyle-ebersole@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-12567-DJB |
| Iris M. Ashley and Howard E. Ashley | : Chapter 13 |
| *Debtors* | : |
| | : |
| J.P. Morgan Chase Bank, NA as Successor by Merger to J.P. Morgan Mortgage Acquisition Corp. | : : : |
| *Movant* | : |
| vs. | : |
| Iris M. Ashley and Howard E. Ashley | : |
| *Debtors/Respondents* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

### **CERTIFICATE OF MAILING**

I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on July 11, 2025.

The types of service made on parties were: <u>Electronic Notification and First Class Mail</u>:

Michael A. Cibik., Esquire  
Via Electronic Filing  
*Attorney for Debtors*

Iris M. Ashley  
Howard E. Ashley  
259 Highland Avenue  
Wayne, PA 19087-4763  
Via First Class Mail  
*Debtors*

Kenneth E. West, Esquire  
Via Electronic Filing  
*Trustee*

Dated: 07/11/2025

/s/Danielle Boyle-Ebersole  
Danielle Boyle-Ebersole, Esquire  
Attorney I.D. # 81747  
Hladik, Onorato & Federman, LLP  
298 Wissahickon Avenue  
North Wales, PA 19454  
Phone 215-855-9521/Fax 215-855-9121  
dboyle-ebersole@hoflawgroup.com