**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Iris M. Ashley and<br>Howard E. Ashley, Sr.,<br>*Debtors*. | Case No. 25-12567-DJB<br>Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on October 8, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Third Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: October 8, 2025

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**J.P. Morgan Chase Bank, et al.**
c/o Rushmore Servicing
P.O. Box 619096
Dallas, TX 75261
Method of Service: CM/ECF

**Affinity Federal Credit Union**
c/o Rebecca K. McDowell, Esq.
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Method of Service: CM/ECF

**Capital One Auto Finance**
Attn: Richard Fairbank, CEO
1680 Capital One Drive
McLean, VA 22102-3491
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Katapult Holdings, Inc.**
dba Katalpult Group, Inc.
Attn: Orlando Zayas, CEO
5360 Legacy Drive, Building 2
Plano, Texas, 75024
Method of Service: First Class Mail