IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Iris M Ashley and Howard E. Ashley, Sr<br>        Debtors, | BANKRUPTCY CASE NUMBER<br>25-12567-djb |
| Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C<br>        Movant.<br>v. | CHAPTER 13 |
| Iris M Ashley and Howard E. Ashley, Sr<br>        Debtors/Respondents, | |
| Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>        Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and

1109(b), Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit

Opportunities Trust X-C, requests special notice of all matters which must be noticed to

creditors, equity security holders, any creditors or other committees, and any other parties in

interest whether sent by the Court, the Debtors, the Trustee, or any other party.  This request

includes not only the notices and papers referred to in the Rules above, but also includes, without

limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint,

and demand, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated:  December 12, 2025

BY: _*/s/ Heather Riloff*_

Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com

LLG File #: 25-073008

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Iris M Ashley and Howard E. Ashley, Sr | BANKRUPTCY CASE NUMBER |
|     Debtors, | 25-12567-djb |
| | |
| Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C | CHAPTER 13 |
|     Movant. | |
| v. | |
| | |
| Iris M Ashley and Howard E. Ashley, Sr | |
|     Debtors/Respondents, | |
| | |
| Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee | |
|     Additional Respondent. | |

## **CERTIFICATE OF SERVICE**

    I, Heather Riloff, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 12th day of December, 2025:

Iris M Ashley
259 Highland Ave
Wayne, PA 19087-4763

Howard E. Ashley, Sr
259 Highland Ave
Wayne, PA 19087-4763

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

*/s/ Heather Riloff*
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com