B-2100A (Form 2100A) (12/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Iris M Ashley and Howard E. Ashley, Sr<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>25-12567-djb |
| Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C<br>　　　Movant.<br>v.<br>Iris M Ashley and Howard E. Ashley, Sr<br>　　　Debtors/Respondents,<br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

　　　A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, or the claim referenced in this evidence and notice.

| **Transferee** | **Transferor** |
|---|---|
| Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C | JP Morgan Chase Bank, NA as Successor by Merger to J.P. Morgan Mortgage Acquisition Corp. |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>AMIP Management<br>3020 Old Ranch Parkway, Suite 180<br>Seal Beach, CA 90740<br>Phone: 714-282-2424<br>Last Four Digits of Acct #:XXXXXX2812 | Court Claim # (if known): 1-1<br>Amount of Claim: $260,572.78<br>Date Claim Filed: 7/11/2025<br><br><br>Last Four Digits of Acct. #: 7030 |
| Name and Address where transferee payments should be sent (if different from above):<br>FCI Lender Services<br>P.O. Box 27370<br>Anaheim Hills, CA 92809 | |

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B-2100A (Form 2100A) (12/15)

Phone: 714-282-2424

Last Four Digits of Acct #:<u>XXXXXX2812</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Heather Riloff                                        Date: <u>January 13, 202</u>6

   Heather Riloff, 309906
   Leslie J. Rase, 58365

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.