IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Iris M Ashley and Howard E. Ashley, Sr<br>      Debtors, | BANKRUPTCY CASE NUMBER<br>25-12567-djb |
| Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust X-C<br>      Movant.<br>v.<br>Iris M Ashley and Howard E. Ashley, Sr<br>      Debtors/Respondents,<br>Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee<br>      Additional Respondent. | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, Heather Riloff, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the foregoing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on 1/13/2026:

Iris M Ashley
259 Highland Ave
Wayne, PA 19087-4763

Howard E. Ashley, Sr
259 Highland Ave
Wayne, PA 19087-4763

Michael A. Cibik, Esquire, Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Kenneth E. West, Office of the Chapter 13 Standing Trustee, Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com - VIA ECF

      I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

 /s/ Heather Riloff
Heather Riloff 309906
Leslie J. Rase 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com