**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Iris M. Ashley and<br>Howard E. Ashley, Sr.,<br><br>            *Debtors*. | Case No. 25-12567-DJB<br>Chapter 13 |

**Notice of Application for Compensation and Response Deadline**

Cibik Law, P.C., counsel for the above Debtors, has filed an Application for Compensation and Reimbursement of Expenses for approval of counsel fees.

1. **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to approve the application** or if you want the court to consider your views on the application, then on or before **March 19, 2026, you or your attorney must file a response to the application.** (See instructions below).

3. **If you do not file a response to the application,** the court may enter an order granting the application.

4. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

5. If a copy of the application is not enclosed, a copy of the application will be provided to you if you request a copy from the attorney whose name and address is listed below.

6. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

7. **If you are not required to file electronically**, you must file your response at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

8. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the deadline in paragraph two.

9. On the same day that you file or mail your response to the application, you must mail or deliver a copy of the response to the movant's attorney:

Dated: March 5, 2026

Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com