**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Iris M. Ashley and<br>Howard E. Ashley, Sr.,<br>　　　　　　　　　*Debtors.* | Case No. 25-12567-DJB<br>Chapter 13 |

**Certificate of Service**

    I, Michael A. Cibik, certify that on March 5, 2026, I did cause a true and correct copy of the Application for Compensation, Notice, Proposed Order, and Exhibit to be served on the parties listed below, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**Iris and Howard Ashley**
259 Highland Ave
Wayne, PA 19087-4763
Method of Service: First Class Mail

Date: March 5, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com